(80 South. 548)

No. 23221.

STATE v. READMAN.

(Jan. 6, 1919.)

*(Syllabus by Editorial Staff.)*

CRIMINAL LAW ⊙→1182 — APPEAL — AFFIRMANCE.

Where there is no bill of exceptions, or other assignment of error in the record, and the proceedings appear to have been regular, conviction will be affirmed.

Appeal from Thirteenth Judicial District Court, Parish of Rapides; James Andrews, Judge.

E. J. Readman, a police officer, was convicted of having received a bribe for conniving at the sale of intoxicating liquors without a license, and he appeals. Affirmed.

A. V. Coco, Atty. Gen., and T. A. Carter, Dist. Atty., of Alexandria (Vernon A. Coco, of New Orleans, of counsel), for the State.

PROVOSTY, J. The accused, a police officer, was convicted of having received a bribe for conniving at the sale of intoxicating liquors without a license, and was sentenced to a term in the penitentiary of not less than one year and not more than two years, and has appealed.

We find no bill of exception, or other assignment of error, in the record, and, as the proceedings appear to have been regular,

Judgment affirmed.

DAWKINS, J., takes no part.